United States District Court
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/31/15

---

JAMES KEMPNER AND CYNTHIA KEMPNER,

                              Plaintiffs,

      - against -

TIMOTHY P. GREER AND T.P. GREER
ARCHITECTS LLC,

                              Defendants.

15 Civ. 2320 (JGK)

MEMORANDUM OPINION
AND ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff alleges diversity jurisdiction pursuant to 28 U.S.C. § 1332. The complaint describes one of the defendants as a limited liability company. A limited liability company has the citizenship of each of its members for the purposes of diversity jurisdiction. See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 51-52 (2d Cir. 2000). The defendants should therefore advise the Court as soon as possible as to the citizenship of each of the members of this limited liability company.

SO ORDERED.

Dated:    New York, New York
            March 31, 2015

                                                  John G. Koeltl
                                            United States District Judge